IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TONY W. STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 1:12-cv-02735-MHS |
| | ) | |
| RICHARD T. ALEXANDER, | ) | |
| Clerk of Court of the State Court | ) | Judge Marvin H. Shoob |
| of Gwinnett County, Georgia; | ) | |
| GREENE & COOPER, LLP; and | ) | |
| JPMORGAN CHASE, N.A.; | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Notice is hereby given that Tony W. Strickland, plaintiff in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on October 30, 2013 (titled "Amended Judgment in a Civil Case") entering judgment pursuant to the Court's Order entered on April 11, 2013, which dismissed Plaintiff's claims against Defendant Richard T. Alexander.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

1

Appellee: Richard T. Alexander
represented by Scott J. Fuller, Esq.
GWINNETT COUNTY LAW DEPARTMENT
75 Langley Drive
Lawrenceville, GA 30046
770-822-8700
scott.fuller@gwinnettcounty.com

Appellant: Tony W. Strickland
represented by J. Erik Heath
ATLANTA LEGAL AID SOCIETY, INC.
151 Spring Street NW
Atlanta, GA 30303
404-614-3982
jeheath@atlantalegalaid.org

and

David A. Webster
ATLANTA LEGAL AID SOCIETY, INC.
151 Spring Street NW
Atlanta, GA 30303
404-524-5811
dawebster@atlantalegalaid.org

and

Donald M. Coleman
ATLANTA LEGAL AID SOCIETY, INC.
151 Spring Street NW
Atlanta, GA 30303
770-817-7521
dmcoleman@atlantalegalaid.org

This 26th day of November, 2013.

    */s/ Jon Erik Heath*
J. Erik Heath
Ga. Bar No. 940564
jeheath@atlantalegalaid.org
David A. Webster
Ga. Bar No. 744975
dawebster@atlantalegalaid.org
Donald M. Coleman
Ga. Bar No. 177450
dmcoleman@atlantalegalaid.org

ATLANTA LEGAL AID SOCIETY, INC.
151 Spring Street NW
Atlanta, GA 30303
(404) 614-3982 (phone)
(404) 614-3997 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that he has this day filed a copy of the forgoing Notice of Appeal via the Court's electronic filing system ("ECF"). Notice of this filing was provided to counsel of record for all other parties to this case via ECF.

    */s/ Jon Erik Heath*
J. Erik Heath
Ga. Bar. No. 940564
Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as approved by the Court in L.R. 5.1.B.

/s/ Jon Erik Heath
J. Erik Heath
Ga. Bar. No. 940564
Attorney for Plaintiff