IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TONY W. STRICKLAND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| v. | ) | 1:12-cv-02735-MHS |
| | ) | |
| RICHARD T. ALEXANDER, | ) | |
| Clerk of Court of the State Court | ) | Judge Marvin H. Shoob |
| of Gwinnett County, Georgia; | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF CONSTITUTIONAL QUESTION

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 5.1 and O.C.G.A. § 9-4-7(c), that Plaintiff's Motion for Summary Judgment questions the constitutionality of the statutory framework of Georgia's postjudgment garnishment scheme, O.C.G.A. § 18-4-60, et seq. According to the Eleventh Circuit, the "development of [this] constitutional issue would benefit from Georgia's Attorney General's involvement, should he elect to participate in the proceedings." Strickland v. Alexander, 772 F.3d 876, 889 (11th Cir. 2014).

Specifically, Plaintiff prays that this Court declare as unconstitutional at least the following aspects of Georgia's garnishment scheme:

(1) O.C.G.A. § 18-4-64, because of its failure to meet due process notice requirements; and

(2) the lengthy procedural scheme to claim an exemption because of its failure to meet due process timeliness requirements.

Submitted this 30th day of April, 2015.

/s/ Jon Erik Heath
J. Erik Heath
  Ga. Bar No. 940564
  jeheath@atlantalegalaid.org
David A. Webster
  Ga. Bar No. 744975
  dawebster@atlantalegalaid.org
Donald M. Coleman
  Ga. Bar No. 177450
  dmcoleman@atlantalegalaid.org
John R. Bartholomew IV
  Ga. Bar No. 257089
  jrbartholomew@atlantalegalaid.org

ATLANTA LEGAL AID SOCIETY, INC.
54 Ellis Street NE
Atlanta, GA  30303
(404) 524-5811 (phone)
(404) 614-3997 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that the foregoing has been prepared in Times New Roman (14 point) font, as approved by the Court in L.R. 5.1.B.

                                        */s/ Jon Erik Heath*
                                        J. Erik Heath
                                        Ga. Bar. No. 940564
                                        Attorney for Plaintiff

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that he has this day sent a copy of the forgoing *Notice of Constitutional Question*, together with a copy of the Complaint via certified mail (7011 1570 0001 2931 4565) to the Attorney General of the State of Georgia, addressed as follows:

    Samuel S. Olens, Esq.
    Attorney General, State of Georgia
    40 Capital Square SW
    Atlanta, GA 30334

The undersigned counsel further certifies that he has this day filed a copy of the notice via the Court's electronic filing system ("ECF"). Notice of this filing was provided to counsel of record for all other parties to this case via ECF.

                                        */s/ Jon Erik Heath*
                                        J. Erik Heath
                                        Ga. Bar. No. 940564
                                        Attorney for Plaintiff